**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
__Northern__ District of __Illinois__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: Mannon L. Walters, Inc.

3. **Other names you know the debtor has used in the last 8 years**
   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   EIN: 37 – 1296056

5. **Debtor's address**

   **Principal place of business**
   500 N. Congress Avenue
   Suite D
   Evansville, IN 47715
   Vanderburgh (Indiana) County

   **Mailing address, if different**
   202 E. North Street
   P.O. Box
   Grayville, IL 62844

   **Location of principal assets, if different from principal place of business**
   unknown

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor  **Mannon L. Walters, Inc.**
        Name

Case number (if known) _____

6. **Debtor's website** (URL)    mannonoil.com

7. **Type of debtor**
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [x] None of the types of business listed.
   - [ ] Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - [x] No
   - [ ] Yes. Debtor _____  Relationship _____
         District _____ Date filed _____ Case number, if known _____
                                  MM / DD / YYYY

         Debtor _____  Relationship _____
         District _____ Date filed _____ Case number, if known _____
                                  MM / DD / YYYY

### Part 3: Report About the Case

10. **Venue**

    Check one:
    - [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - [x] No
    - [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor: **Mannon L. Walters, Inc.**
Case number (if known): _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Roger Zajicek | Interest | $ 14,016.24 |
| Jennifer L. David Rev Trust | Interest | $ 28,032.48 |
| Mark W. Oppegard Trust | Interest | $ 14,016.24 |
| | Total of petitioners' claims | $ 56,064.96 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner:
- Name: Roger Zajicek
- Number/Street: 5944 S 72nd Street
- City/State/ZIP: Lincoln, NE 68516

Name and mailing address of petitioner's representative, if any: _____

**Attorneys**

- Printed name: Nathan A. Schultz
- Firm name: Law Office of Nathan A. Schultz P.C.
- Number/Street: 10621 Craig Road
- City/State/ZIP: Traverse City, MI 49686
- Contact phone: 3104297128
- Email: nschultzesq@gmail.com
- Bar number: 223539
- State: CA

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02-26-2018

X /s/ [signature of petitioner or representative]

X /s/ Nathan A. Schultz
Signature of attorney
Nathan A. Schultz
Date signed 02/27/2018

Official Form 205 — Involuntary Petition Against a Non-Individual — page 3

Debtor: Mannon L. Walters, Inc.

Case number (if known): _____

**Name and mailing address of petitioner**

Name: Jennifer L. David Rev Trust DTD 12/9/199
Number: 515   Street: Glencoe Street
City: Denver   State: CO   ZIP Code: 80220

**Name and mailing address of petitioner's representative, if any**

Name: Stephen N. David, Trustee
Number: 515   Street: Glencoe Street
City: Denver   State: CO   ZIP Code: 80220

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/26/2018

X /s/ Stephen N. David
Signature of petitioner or representative, including representative's title

Printed name: Nathan A. Schultz
Firm name, if any: Law Office of Nathan A. Schultz P.C.
Number: 10621   Street: Craig Road
City: Traverse City   State: MI   ZIP Code: 49686
Contact phone: 3104297128   Email: nschultzesq@gmail.com
Bar number: 223539
State: CA

X /s/ Nathan A. Schultz
Signature of attorney
Nathan A. Schultz
Date signed: 02/27/2018

---

**Name and mailing address of petitioner**

Name: Mark W. Oppegard Trust Dated February 11, 2003
Number: 2331   Street: Wilderness Ridge Drive
City: Lincoln   State: NE   ZIP Code: 68512

**Name and mailing address of petitioner's representative, if any**

Name: Mark W. Oppegard, Trustee
Number: 2331   Street: Wilderness Ridge Drive
City: Lincoln   State: NE   ZIP Code: 68512

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/26/2018

X Mark W. Oppegard, Trustee
Signature of petitioner or representative, including representative's title

Printed name: Nathan A. Schultz
Firm name, if any: Law Office of Nathan A. Schultz P.C.
Number: 10621   Street: Craig Road
City: Traverse City   State: MI   ZIP Code: 49686
Contact phone: 3104297128   Email: nschultzesq@gmail.com
Bar number: 223539
State: CA

X /s/ Nathan A. Schultz
Signature of attorney
Nathan A. Schultz
Date signed: 02/27/2018