

Nathan Schultz <nschultzesq@gmail.com>

## Borrower Response re: Notices of Default (Bohinski, David, Zajicek, Oppegard)

**Nathan Schultz** <nschultzesq@gmail.com>     Tue, Feb 6, 2018 at 2:08 PM
To: Will Tevault <WTevault@mannonoil.com>
Cc: "Mannon@mannonoil.com <Mannon@mannonoil.com>" <Mannon@mannonoil.com>

Mr. Tevault:

I called your office again this morning and did not get an answer (I left a voicemail). It has been nearly a month since my January 9 letter and I have not received any kind of response, despite my repeated efforts. You have failed to even provide the courtesy of an acknowledgment that you received my January 9 letter, or an estimate as to when my clients could expect a response.

We consider the lack of response to indicate that you and your company do not have any good faith basis to dispute liability for the unpaid interest. We also assume that you and your company do not intend in good faith to attempt to resolve this matter consensually.

We will proceed accordingly.

Nathan

Nathan A. Schultz, Esq.
Law Office of Nathan A. Schultz, P.C.
10621 Craig Road
Traverse City, MI 49686
Phone: 310.429.7128
Email: nschultzesq@gmail.com

---

**From:** Nathan Schultz
**Sent:** Thursday, February 1, 2018 3:10 PM
**To:** Will Tevault
**Cc:** Mannon@mannonoil.com <Mannon@mannonoil.com>
**Subject:** RE: Borrower Response re: Notices of Default(Bohinski,David,Zajicek,Oppegard)

Mr. Tevault:

I called your office again just now and was again told that you were not available.

I asked if there was someone else I should contact and was told that you are the person who handles all investor relations. I was told that you have suggested it is best to email you, but (per below) I have been doing so without a response since January 9.

Please provide me with the courtesy of when I can expect a response to my January 9 letter. As you can no doubt appreciate, my clients are very concerned and upset at the lack of response (on top of the payment defaults).

Thank you,

Nathan


Nathan A. Schultz, Esq.
Law Office of Nathan A. Schultz, P.C.
10621 Craig Road
Traverse City, MI 49686
Phone: 310.429.7128
Email: nschultzesq@gmail.com


**From:** Nathan Schultz
**Sent:** Friday, January 26, 2018 5:48 PM
**To:** Will Tevault
**Cc:** Mannon@mannonoil.com <Mannon@mannonoil.com>
**Subject:** RE: Borrower Response re: Notices of Default (Bohinski,David,Zajicek,Oppegard)

I just gave your office a call and they informed me that you've recently had a new addition in the family—congratulations!

If there is someone else I should be speaking to about this, please let me know and I'd be happy to follow up with them.

Otherwise I will look for a response from you next week.

Nathan


Nathan A. Schultz, Esq.
Law Office of Nathan A. Schultz, P.C.
10621 Craig Road
Traverse City, MI 49686
Phone: 310.429.7128
Email: nschultzesq@gmail.com


**From:** Nathan Schultz
**Sent:** Wednesday, January 24, 2018 9:25 AM
**To:** Will Tevault
**Cc:** Mannon@mannonoil.com <Mannon@mannonoil.com>
**Subject:** RE: Borrower Response re: Notices of Default (Bohinski, David,Zajicek,Oppegard)

Please confirm receipt and advise whether/when I can expect to receive a response to the attached.

Thank you for your prompt attention,

Nathan

Nathan A. Schultz, Esq.
Law Office of Nathan A. Schultz, P.C.
10621 Craig Road
Traverse City, MI 49686
Phone: 310.429.7128
Email: nschultzesq@gmail.com

---

**From:** Nathan Schultz
**Sent:** Tuesday, January 9, 2018 4:22 PM
**To:** Will Tevault
**Cc:** Mannon@mannonoil.com <Mannon@mannonoil.com>
**Subject:** Borrower Response re: Notices of Default (Bohinski, David, Zajicek,Oppegard)

Please see attached.

Nathan A. Schultz, Esq.
Law Office of Nathan A. Schultz, P.C.
10621 Craig Road
Traverse City, MI 49686
Phone: 310.429.7128
Email: nschultzesq@gmail.com